# Exhibit A
# Plaintiff's Complaint

Electronically Filed
1/27/2022 11:26 AM
Steven D. Grierson
CLERK OF THE COURT

**COMP**
Scott L. Poisson, Esq.
Nevada Bar No. 10188
Amber N. King, Esq.
Nevada Bar No. 14070
**BERNSTEIN & POISSON**
700 S. Jones Blvd.
Las Vegas, Nevada 89107
Telephone: (702) 877-4878
Facsimile: (702) 256-6280
*Attorneys for Plaintiff*

CASE NO: A-22-847341-C
Department 4

**EIGHTH JUDICIAL DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| RHONDA COLLINS, an individual, | Case No.: |
| Plaintiff, | Dept. No.: |
| v. | |
| CARRIAGE CEMETERY SERVICES, INC., doing business as BUNKER'S MEMORY GARDENS MEMORIAL PARK, CARRIAGE SERVICES OF NEVADA, INC., doing business as BUNKER'S MEMORY GARDENS MEMORIAL PARK; DOES 1 through 100; and ROE CORPORATION 101 through 200, inclusive, | **COMPLAINT** |
| Defendant(s). | |

COMES NOW, the Plaintiff, by and through her counsel of record, BERNSTEIN & POISSON, submits this complaint against Defendants for the foregoing causes of action, and alleges as follows:

**JURISDICTION**

1. Rhonda Collins, (hereinafter "Plaintiff") is individual residing in Clark County, Nevada.

2. Carriage Cemetery Services, Inc. is a Nevada corporation, doing business in Clark County, Nevada as Bunker's Memory Gardens Memorial Park.

3. Carriage Services of Nevada, Inc., is a Nevada corporation, doing business in Clark County, Nevada as Bunker's Memory Gardens Memorial Park.

Page 1 of 5

4. DOE and ROE Defendants 1 through 200 are legal entities/residents of Clark County, Nevada, and authorized to do business by the State of Nevada. Furthermore, said Doe and Roe Defendants were employees, agents, or servants of Defendants in its control and functioned and assisted in the operation, control maintenance and/or management of the premise, in which plaintiff was injured, causing damages.

5. The true names and capacities, whether individual, corporate, associate or otherwise of Defendants DOES 1 through 100 and ROE CORPORATIONS 101 through 200, inclusive, are unknown to Plaintiff who therefore sues said Defendants by such fictitious names; on information and belief, Plaintiff alleges that the Defendants, and each of them, designated herein as a DOE or ROE CORPORATION were responsible in some manner for the injuries sustained by the Plaintiff resulting from the below stated incident; and is liable for all damages due to Plaintiff as alleged herein. Plaintiff will ask leave of court to amend this Complaint to insert the true names and capacities when the same is ascertained and to join such Defendants in this action.

6. DOES 1 through 5 are entities responsible for maintaining the property known as Bunker's Memory Gardens memorial Park, located at 7251 W. Lone Mountain Road, Las Vegas, NV 89129. DOES 6 through 10 are entities or individuals who installed or maintained the property known as Bunker's Memory Gardens memorial Park, located at 7251 W. Lone Mountain Road, Las Vegas, NV 89129. DOES 11 through 15 are the entities or individuals responsible for completing construction involved with the operation of and around the property known as Bunker's Memory Gardens memorial Park, located at 7251 W. Lone Mountain Road, Las Vegas, NV 89129. DOES 16 through 20 are entities or individuals responsible for the maintenance and inspection of the property known as Bunker's Memory Gardens memorial Park, located at 7251 W. Lone Mountain Road, Las Vegas, NV 89129. DOES 21 through 25 are manufacturers or designers of the sprinkler and related materials required for the installation of the sprinkler which are subject to this complaint. DOES 26 through 30 are contractors or subcontractors hired to provide or maintain the subject property and sprinklers at the property known as Bunker's Memory Gardens memorial Park, located at 7251 W. Lone Mountain Road,

**Bernstein & Poisson**
320 S. Jones Blvd.
Las Vegas, Nevada 89107
OFFICE: (702) 877-4878  FAX: (702) 256-6280

1  Las Vegas, NV 89129. Plaintiffs will ask leave of this court to insert the true names and

2  capacities of such Defendants when the same have been ascertained.

## CLAIM FOR NEGLIGENCE

7. Defendants constructed, installed, maintained and had control over the property known as Bunker's Memory Gardens memorial Park, located at 7251 W. Lone Mountain Road, Las Vegas, NV 89129 (hereinafter "the Property").

8. On June 20, 2021, Rhonda Collins was legally on the premise owned and operated by Defendants.

9. While Ms. Collins was walking through the property, she slipped and fell on a unkept walkway that had slime and sludge buildup under a wet surface.

10. It was reasonably foreseeable that a person would walk across this area.

11. Defendants were in charge of maintaining the Property.

12. The area where Ms. Collins fell was in the area requiring maintenance.

13. Defendants had a duty to properly maintain the common area and provide an area that was safe for use.

14. Defendants breached their duty by failing to maintain and provide a safe walkway area.

15. Defendants, and each of them, had a duty to supervise and maintain said premises in a reasonably safe and suitable condition for its patrons, guests and invitees; and further to take any and all reasonable precautions to avoid the presence of dangerous conditions on or around said premises.

16. Defendants had a duty to inspect and maintain the walkway area in a safe and reasonable manner to ensure safe use of the walkways.

17. Defendants breached their duty by failing to maintain the walkway and ensure its safe use and operation.

18. Defendants and their employees knew or should have known about the dangerous condition, which caused the injuries to Plaintiff, yet continued to let this condition exist, causing an unreasonable threat to the safety of those on their property, including Plaintiff.

**Bernstein & Poisson**
320 S. Jones Blvd.
Las Vegas, Nevada 89107
OFFICE: (702) 877-4878  FAX: (702) 256-6280

19. Defendants allowed the dangerous condition to exist for an extended period of time by negligently allowing the walkway to be improperly maintained, installed, and safe.

20. Defendants, and each of them, known and unknown, breached these duties, directly and proximately causing Plaintiff's injuries.

21. Defendants, despite having actual notice or constructive notice, upon a reasonable inspection of its premises, that a dangerous condition existed. Defendants, failed to cure the same, enact proper safeguards, or warn of same to prevent serious bodily injury to Plaintiff, all in breach of its duty of due care herein.

22. Defendant's negligence was the actual and proximate cause of physical injury to Rhonda Collins.

23. Rhonda Collins incurred medical expenses, wage loss, loss of household services, pain and suffering, as a result of this incident.

24. This incident caused Plaintiff to suffer severe injuries and damages in an amount in excess of $15,000.00 subject to proof at trial, and Plaintiff will continue to suffer from her injuries in the future.

**DEMAND FOR JUDGMENT**

**WHEREFORE**, the Plaintiff reserving her right individually or through her representatives, to amend his Complaint prior to, or at the time of trial of this action to insert those items of damage not yet fully ascertainable, pray for judgment against said Defendants, and each of them as follows:

1) For General and Special Damages in a sum in excess of $15,000.00;

2) For Attorneys' fees and costs of suit incurred herein;

3) For interest at the statutory rate; and

4) For such other and further relief as the Court may deem just and equitable in the matter.

DATED this 27th day of January, 2022

Respectfully submitted,

**BERNSTEIN & POISSON**

 /s/ Amber N. King
SCOTT L. POISSON, ESQ.
State Bar No. 010188
AMBER N. KING, ESQ.
State Bar No.14070
700 S. Jones Blvd.
Las Vegas, Nevada 89107
(T) (702) 877-4878
(F) (702) 256-6280
Email: amber@vegashurt.com
*Attorneys for Plaintiff*