Chad R. Fears, Esq. (SBN 6970)
Alexandria L. Layton, Esq. (SBN 14228)
Paige S. Silva, Esq. (SBN 16001)
**EVANS FEARS & SCHUTTERT LLP**
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119
Telephone: (702) 805-0290
Facsimile: (702) 805-0291
Email: cfears@efstriallaw.com
Email: alayton@efstriallaw.com
Email: psilva@efstriallaw.com

*Attorneys for Defendant Carriage Cemetery Services, Inc.*

## UNITED STATES DISTRICT COURT

## FOR THE STATE OF NEVADA

| | |
|---|---|
| RHONDA COLLINS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CARRIAGE CEMETERY SERVICES, INC., doing business as BUNKER'S MEMORY GARDENS MEMORIAL PARK, DOES 1 through 100; and ROE CORPORATION 101 through 200, inclusive,<br><br>Defendants. | Case No. 2:22-cv-00814-JAD-NJK<br><br>**JOINT STIPULATION AND ORDER TO EXTEND CASE MANAGEMENT DEADLINES**<br><br>**(FIRST REQUEST)** |

Pursuant to FRCP 26 and 29 and LR 26-3 and LR IA 6-1, 6-2, Plaintiff Rhonda Collins ("Plaintiff") and Defendant Carriage Cemetery Services, Inc. ("Defendant") (collectively, "the Parties"), through their respective undersigned counsel, hereby request that the discovery deadlines in the Court's Order dated July 15, 2022 [ECF No. 13], be extended by ninety (90) days. This is the first request for an extension of case management deadlines.

**I.      DISCOVERY COMPLETED TO DATE**

1.      Plaintiff served her Initial 16.1 Disclosures.

2.      Plaintiff served her First Supplement to Initial 16.1 Disclosures.

3.      Defendant served its Initial 16.1 Disclosures.

4.  Plaintiff served her First Set of Interrogatories, Requests for Admissions, and Requests for Production.

5.  Defendant served its Responses to Plaintiff's First Set of Interrogatories, Requests for Admissions, and Requests for Production.

6.  Defendant served its First Set of Interrogatories and Requests for Production.

7.  Plaintiff served her Responses to Defendant's First Set of Interrogatories and Requests for Production.

8.  Defendant served nine Subpoena Duces Tecum for Plaintiff's medical records.

## II. DISCOVERY TO BE COMPLETED AND REASONS WHY THE DISCOVERY WAS NOT YET COMPLETED

On September 28, 2022, the Parties participated in an early mediation with Judge Gene Porter in good faith in an attempt to resolve this case in its early stages. However, the parties did not reach resolution at mediation. As currently scheduled, the initial expert deadline in this case is December 19, 2022. [ECF No. 13]. The Parties agree that more time is needed to complete fact discovery prior to the expert disclosure deadline, and therefore the Parties jointly and respectfully request an extension of the discovery deadlines to allow time for the following activities to be completed:

1.  **Fact witness depositions:** Defendant wishes to depose fact witnesses, including, but not limited to, Plaintiff Rhonda Collins and her boyfriend and eyewitness, Chris Frehner, as well as any other fact witnesses that may come to light as the result of further discovery. Depositions of Plaintiff's treating physicians may also be necessary. Defendant is waiting on responses to subpoenas sent to treating physicians, and based on these documents, there may be additional subpoenas and depositions. Due to the time expended preparing for and attending mediation, these depositions (especially treating physicians) likely cannot be arranged and conducted in sufficient time before the initial expert disclosure deadline, which is currently set for December 19, 2022.

2.  **Expert witness depositions:** Expert witness depositions are expected to be completed after the disclosure of expert witnesses pursuant to this Court's order. Each party

expects to retain multiple expert witnesses. It will take additional time to coordinate, prepare for, and take the depositions.

3. **Other discovery**: Moreover, the extension will allow the parties to do any necessary follow-up discovery, including conferring about existing discovery responses and serving additional written discovery, deposing later-identified witnesses and experts, and obtaining any additional medical and employment records.

There is no trial date yet set in this case.

### III. PROPOSED REVISED DISCOVERY PLAN

#### A. Summary of Proposed Changes

The parties hereby stipulate to continue the discovery deadlines and dispositive motion deadline 90 days, which the parties estimate to be necessary for the discovery listed above.

|  | **Present Date** | **Proposed New Date** |
|---|---|---|
| Amend pleadings/add parties | November 17, 2022 | February 15, 2023 |
| Initial expert disclosure for all parties | December 19, 2022 | March 20, 2023 |
| Rebuttal expert disclosure for all parties | January 16, 2023 | April 17, 2023 |
| Discovery cutoff | February 15, 2023 | May 16, 2023 |
| Dispositive motions | March 17, 2023 | June 15, 2023 |
| Joint proposed pretrial order | April 17, 2023 or 30 days after resolution of dispositive motions. | July 17, 2023 or 30 days after resolution of dispositive motions. |

**B. Discovery cut-off date:** May 16, 2023.

**C. Dispositive Motions:** Dispositive motions may be filed no later than June 15, 2023, which is thirty (30) days from the discovery cut-off date.

**D. Pretrial Order:** The pretrial order shall be filed by July 17, 2023, which is not later than thirty (30) days after the date set for filing dispositive motions. In the event dispositive motions are timely filed, the date for filing the joint pretrial order shall be suspended until thirty (30) days after the decision of the dispositive motions or until further order of the Court.

**SUBMITTED BY THE FOLLOWING COUNSEL OF RECORD:**

DATED this 6th day of October, 2022.   DATED this 6th day of October, 2022.

**BERNSTEIN & POISSON**   **EVANS FEARS & SCHUTTERT LLP**

*/s/ Amber N. King*   */s/ Chad R. Fears*
Scott L. Poisson, Esq. (SBN 10188)   Chad R. Fears, Esq. (SBN 6970)
Amber N. King, Esq. (SBN 14070)   Alexandria L. Layton, Esq. (SBN 14228)
320 S. Jones Blvd.   Paige S. Silva, Esq. (SBN 16001)
Las Vegas, NV 89107   6720 Via Austi Parkway, Suite 300
   Las Vegas, NV 89119

*Attorneys for Plaintiff*
*Rhonda Collins*   *Attorneys for Defendant Carriage*
   *Cemetery Services, Inc.*

**PROPOSED ORDER**

IT IS SO ORDERED. Based upon the forgoing stipulation, the following extensions to discovery deadlines are granted.

|  | Present Date | Proposed New Date |
|---|---|---|
| Amend pleadings / add parties | November 17, 2022 | February 15, 2023 |
| Initial expert disclosure for all parties | December 19, 2022 | March 20, 2023 |
| Rebuttal expert disclosure for all parties | January 16, 2023 | April 17, 2023 |
| Discovery cutoff | February 15, 2023 | May 16, 2023 |
| Dispositive motions | March 17, 2023 | June 15, 2023 |
| Joint proposed pretrial order | April 17, 2023 or 30 days after resolution of dispositive motions. | July 17, 2023 or 30 days after resolution of dispositive motions. |

NO FURTHER EXTENSIONS WILL BE GRANTED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  October 7, 2022

CASE NO.: 2:22-cv-00814-JAD-NJK