Chad R. Fears, Esq. (SBN 6970)
Alexandria L. Layton, Esq. (SBN 14228)
**EVANS FEARS SCHUTTERT MCNULTY MICKUS**
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119
Telephone: (702) 805-0290
Facsimile: (702) 805-0291
Email: cfears@efstriallaw.com
Email: alayton@efstriallaw.com
*Attorneys for Defendant Carriage Cemetery Services, Inc.*

## UNITED STATES DISTRICT COURT

## FOR THE STATE OF NEVADA

| | |
|---|---|
| RHONDA COLLINS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CARRIAGE CEMETERY SERVICES, INC., doing business as BUNKER'S MEMORY GARDENS MEMORIAL PARK, DOES 1 through 100; and ROE CORPORATION 101 through 200, inclusive,<br><br>Defendants. | Case No. 2:22-cv-00814-JAD-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF No. 24 |

IT IS HEREBY STIPULATED by and between Plaintiff Rhonda Collins and Defendant Carriage Cemetery Services, Inc., through their undersigned counsel of record, that Plaintiff's Complaint in the above-entitled action shall be dismissed with prejudice in its entirety. Each party shall bear their own costs and attorneys' fees.

///
///
///
///
///
///
///
///

Rhonda Collins v. Carriage Cemetery Services, Inc.
Case No. 2:22-cv-00814-JAD-NJK
Stipulation and Order for Dismissal with Prejudice

Dated: September 11, 2023.

EVANS FEARS SCHUTTERT
MCNULTY MICKUS

_____
Chad R. Fears, Esq. (SBN 6970)
Alexandria L. Layton, Esq. (SBN 14228)
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119
Attorneys for Defendant Carriage
Cemetery Services, Inc.

BERNSTEIN & POISSON

_____
Scott L. Poisson, Esq. (SBN 10188)
Amber N King, Esq. (SBN 14070)
320 S. Jones Blvd.
Las Vegas, NV 89107
Attorneys for Plaintiff Rhonda Collins

## ORDER

Based on the parties' stipulation [ECF No. 24] and good cause appearing, IT IS ORDERED that this case is DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. DISTRICT JUDGE
September 13, 2023